**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**STANLEY WOOD AND CHASTITY WOOD,**
**INDIVIDUALLY AND ON BEHALF OF A**
**CLASS OF SIMILARLY SITUATED PERSONS**                  **PLAINTIFFS**

**VS.**                              **CAUSE NO.: 1:20-CV-00042-NBB-RP**

**NORTH MISSISSIPPI HEALTH SERVICES,**
**INC., NORTH MISSISSIPPI CLINICS, LLC,**
**NORTH MISSISSIPPI MEDICAL CENTER,**
**INC., TUPELO SERVICE FINANCE, INC.,**
**ALLIANCE COLLECTION SERVICE, INC.,**
**AND JOHN DOES 1-8**                              **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned hereby **RECUSES** himself from further participation in this cause. The

case *sub judice* is returned to the Clerk of the United States District Court for the Northern

District of Mississippi for reassignment.

**SO ORDERED**, this the 15th day of February, 2023.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**