IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STANLEY WOOD AND CHASTITY WOOD								PLAINTIFFS
Individually and on Behalf of a Class of Similarly
Situated Persons,

v.											CIVIL ACTION NO. 1:20-cv-00042-SA-RP

NORTH MISSISSIPPI MEDICAL CENTER, INC., et al.					DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 15, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 28th day of February, 2023.

                                               /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE