**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **STANLEY WOOD and CHASTITY WOOD, Individually, and on Behalf of a Class of Similarly Situated Persons** | **PLAINTIFFS** |
| **V.** | **NO. 1:20-CV-42-DMB-RP** |
| **NORTH MISSISSIPPI HEALTH SERVICES, INC., et al.** | **DEFENDANTS** |

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 28th day of February, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**