IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STANLEY WOOD** *and* **CHASTITY WOOD,** *Individually, and on Behalf of a Class of Similarly Situated Persons*            **PLAINTIFFS**

v.            **CIVIL ACTION NO. 1:20-cv-42-TBM-RP**

**NORTH MISSISSIPPI HEALTH SERVICES, INC.** *et al.*            **DEFENDANTS**

## ORDER

This matter came before the Court on Alliance Collection Service, Inc.'s Motion to Dismiss, or in the alternative, Motion for Summary Judgment [114]; North Mississippi Clinics, LLC; North Mississippi Health Services; North Mississippi Medical Center, Inc.; and Tupelo Service Finance's (collectively the "Hospital Defendants") Motion for Partial Summary Judgment [116]; and Stanley and Chastity Wood's Motion for Discovery [128]. At the hearing conducted in this matter on March 30, 2023, the Court, having considered the pleadings, the record, and the relevant legal authority, announced on the record its findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that Alliance Collection Service, Inc.'s Motion to Dismiss, or in the alternative, Motion for Summary Judgment [114] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the "Hospital Defendants" Motion for Partial Summary Judgment [116] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Stanley and Chastity Wood's Motion for Discovery [128] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Hospital Defendants must refile any motions for summary judgment related to statutory interpretation and ERISA preemption within 30 days of receiving the hearing transcript.

IT IS FURTHER ORDERED that Alliance Collection Service, Inc. must refile any motion for summary judgment within 30 days of receiving the hearing transcript.

SO ORDERED, this the 31st day of March, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE