IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STANLEY WOOD and CHASTITY**            **PLAINTIFFS**
**WOOD,** *Individually, and on Behalf of*
*a Class of Similarly Situated Persons*

v.            CIVIL ACTION NO. 1:20-cv-42-TBM-RP

**NORTH MISSISSIPPI HEALTH**
**SERVICES, INC.** *et al.*            **DEFENDANTS**

### FINAL JUDGMENT

Pursuant to the Order issued this date and incorporated herein by reference,

IT IS THEREFORE ORDERED AND ADJUDGED that the Hospital Defendants' Motion for Summary Judgment on Remaining Claims [247] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that this CASE is CLOSED.

THIS, the 30th day of September, 2024.

                                                _____
                                                TAYLOR B. McNEEL
                                                UNITED STATES DISTRICT JUDGE